# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHNNY ESQUIVEL,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:17-cv-02227-RFB-PAL

**ORDER**

Petitioner has filed an application to proceed <u>in forma pauperis</u> (ECF No. 1) and a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The application is moot because petitioner has paid the filing fee. (ECF No. 5).

Petitioner has filed a motion for appointment of counsel (ECF No. 3). Petitioner is unable to afford counsel, and the issues presented warrant the appointment of counsel. <u>See</u> 18 U.S.C. § 3006A(a)(2)(B).

Petitioner has filed a motion for leave of court to file extended petition (ECF No. 4). The court grants the motion, but a habeas corpus petition no longer is subject to a page limit. LSR 3-2(b).

**IT IS THEREFORE ORDERED** that the application to proceed <u>in forma pauperis</u> (ECF No. 1) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the clerk of the court shall file the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

**IT IS FURTHER ORDERED** that petitioner's motion for leave of court to file extended petition (ECF No. 4) is **GRANTED**.

1 **IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel (ECF No. 3) is **GRANTED**. The Federal Public Defender is provisionally appointed to represent petitioner.

**IT IS FURTHER ORDERED** that the Federal Public Defender shall have **thirty (30) days** from the date that this order is entered to undertake direct representation of petitioner or to indicate to the court his inability to represent petitioner in these proceedings. If the Federal Public Defender does undertake representation of petitioner, he shall then have **sixty (60) days** to file an amended petition for a writ of habeas corpus. If the Federal Public Defender is unable to represent petitioner, then the court shall appoint alternate counsel.

**IT IS FURTHER ORDERED** that neither the foregoing deadline nor any extension thereof signifies or will signify any implied finding of a basis for tolling during the time period established. Petitioner at all times remains responsible for calculating the running of the federal limitation period under 28 U.S.C. § 2244(d)(1) and timely asserting claims.

**IT IS FURTHER ORDERED** that the clerk shall add Adam Paul Laxalt, Attorney General for the State of Nevada, as counsel for respondents.

**IT IS FURTHER ORDERED** that the clerk shall electronically serve both the Attorney General of the State of Nevada and the Federal Public Defender a copy of the petition and a copy of this order.

**IT IS FURTHER ORDERED** that respondents' counsel shall enter a notice of appearance within **twenty (20) days** of entry of this order, but no further response shall be required from respondents until further order of the court.

**IT IS FURTHER ORDERED** that the hard copy of any electronically filed exhibits shall be forwarded—for this case—to the staff attorneys in Las Vegas.

DATED: October 25, 2017

_____
RICHARD F. BOULWARE, II
United States District Judge