# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHNNY ESQUIVEL,

    Petitioner,

vs.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:17-cv-02227-RFB-PAL

**ORDER**

    Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 11), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 11) is **GRANTED**. Petitioner will have through April 30, 2018, to file and serve an amended petition for a writ of habeas corpus.

DATED: January 24, 2018

                                                  RICHARD F. BOULWARE, II
                                                United States District Judge