UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHNNY ESQUIVEL,

        Petitioner,

   v.

BRIAN WILLIAMS, et al.,

        Respondents.

Case No. 2:17-cv-02227-RFB-PAL

**ORDER**

Petitioner has filed an amended petition (ECF No. 15). The court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The court will direct respondents to file a response.

IT THEREFORE IS ORDERED that respondents will have forty-five (45) days from the date of entry of this order to answer or otherwise respond to the amended petition (ECF No. 15). Respondents must raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default. Successive motions to dismiss will not be entertained.

IT FURTHER IS ORDERED that if respondents file and serve an answer, then they must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner will have forty-five (45) days from the date on which the answer is served to file a reply.

IT FURTHER IS ORDERED that if respondents file and serve a motion, then petitioner will have forty-five (45) days from the date of service of the motion to file a response to the motion. Respondents then will have twenty-one (21) days from the date of service of the response to file a reply.

DATED: August 13, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge