# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY ESQUIVEL, | Case No. 2:17-cv-02227-RFB-PAL |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Respondents having filed a Motion for Enlargement of Time (first request), ECF No. 18, and good cause appearing:

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (first request) (ECF No. 18) is **GRANTED**. Respondents shall have until November 13, 2018 to file and serve an answer or other response to the amended petition, ECF No. 15.

DATED: October 1, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge

1