# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY ESQUIVEL, | Case No. 2:17-cv-02227-RFB-PAL |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 24), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 24) is **GRANTED**. Petitioner will have through February 25, 2019, to file a response to the motion to dismiss (ECF No. 20).

DATED: December 28, 2018.

_____
RICHARD F. BOULWARE, II
United States District Judge