**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOHNNY ESQUIVEL,

               Petitioner,

     v.

BRIAN WILLIAMS, et al.,

               Respondents.

Case No. 2:17-cv-02227-RFB-PAL

**ORDER**

     Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 26), and good cause appearing;

     IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (second request) (ECF No. 26) is **GRANTED**. Petitioner will have through March 11, 2019, to file a response to the motion to dismiss (ECF No. 20).

     DATED: <u>February 26, 2019</u>.

_____
RICHARD F. BOULWARE, II
United States District Judge

1