# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY ESQUIVEL, | Case No. 2:17-cv-02227-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 40), and good cause appearing;

**IT IS THEREFORE ORDERED** that petitioner's unopposed motion for extension of time (first request) (ECF No. 40) is **GRANTED**. Petitioner will have through December 13, 2019, to file a motion in response to the court's order of September 30, 2019 (ECF No. 36).

DATED: October 31, 2019.

  _____
  **RICHARD F. BOULWARE, II**
  **UNITED STATES DISTRICT JUDGE**

1