# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHNNY ESQUIVEL,

    Petitioner,

v.

BRIAN WILLIAMS, et al.,

    Respondents.

Case No. 2:17-cv-02227-RFB-BNW

**ORDER**

In response to the Court's order of September 30, 2019 (ECF No. 36) that previously held that grounds six and seven were unexhausted, Petitioner has now filed a motion for partial dismissal of grounds six and seven (ECF No. 42), and an unopposed motion for extension of time (ECF No. 43).  The court grants these motions.

**IT IS THEREFORE ORDERED** that the unopposed motion for extension of time (ECF No. 43) is **GRANTED**.

**IT FURTHER IS ORDERED** that the motion for partial dismissal of grounds six and seven (ECF No. 42) is **GRANTED**.  Grounds six and seven are **DISMISSED** from this action because they are not exhausted.

**IT IS FURTHER ORDERED** that respondents will have forty-five (45) days from the date of entry of this order to file and serve an answer, which must comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts.  Petitioner will have forty-five (45) days from the date on which the answer is served to file a reply.

DATED: May 5, 2020.

                                                                                      _____
                                                                                      **RICHARD F. BOULWARE, II**
                                                                                      **UNITED STATES DISTRICT JUDGE**