# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY ESQUIVEL, | Case No. 2:17-cv-02227-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (second request) (ECF No. 48), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (second request) (ECF No. 48) is **GRANTED**. Respondents will have up to and including September 4, 2020, to file and serve an answer to the amended petition for a writ of habeas corpus (ECF No. 15).

DATED: August 18, 2020.

_____
RICHARD F. BOULWARE, II
United States District Judge

1