# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY ESQUIVEL,<br><br>           Petitioner,<br><br>   v.<br><br>BRIAN WILLIAMS, et al.,<br><br>           Respondents. | Case No. 2:17-cv-02227-RFB-BNW<br><br>**ORDER** |

     Respondents having filed an unopposed motion for enlargement of time (third request) (ECF No. 50), and good cause appearing;

     IT THEREFORE IS ORDERED that Respondents' unopposed motion for enlargement of time (third request) (ECF No. 50) is **GRANTED**.  Respondents shall have up to and including September 18, 2020, to file and serve an answer to the amended petition for a writ of habeas corpus (ECF No. 15).

     DATED: September 7, 2020.

                                                       RICHARD F. BOULWARE, II
                                                       United States District Judge