# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHNNY ESQUIVEL, | Case No. 2:17-cv-02227-RFB-BNW |
| Petitioner, | **ORDER** |
| v. | |
| BRIAN WILLIAMS, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 54), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 54) is **GRANTED**. Petitioner will have up to and including February 1, 2021, to file a reply to the answer (ECF No. 52).

DATED: November 3, 2020.

_____
RICHARD F. BOULWARE, II
United States District Judge