**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHNNY ESQUIVEL,<br><br>              Petitioner,<br><br>   v.<br><br>BRIAN WILLIAMS, et al.,<br><br>              Respondents. | Case No. 2:17-cv-02227-RFB-BNW<br><br>**ORDER** |

Petitioner having filed an unopposed motion for extension of time (second request) (ECF No. 56), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (second request) (ECF No. 56) is **GRANTED**. Petitioner will have up to and including March 18, 2021, to file a reply to the answer (ECF No. 52).

DATED: February 1, 2021.

                                                                                 _____<br>
                                                                                  RICHARD F. BOULWARE, II<br>
                                                                                  United States District Judge